# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

March 21, 2022

Hon. Jesse M. Furman
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Genovese v. U.S.,* 22 Cv 800 [Petition for Writ of Habeas Corpus]
      *U.S. v. Genovese* 18 Cr 183 [Underlying criminal case]

Dear Judge Furman:

I have been appointed as counsel for Mr. Genovese in the above referenced habeas matter.

I note that, as indicated in your Order dated February 24, 2022, at this point, my appointment is limited to briefing issues regarding timeliness and waiver.

I have conferred with the Government, and subject to the Court's approval, we propose the following briefing schedule regarding these issues:

April 20, 2022 - Petitioner's Submission
May 20, 2022  - Respondent's Response
June 3, 2022   - Petitioner's Reply (if any)

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Patrick Moroney, AUSA
      Nicholas Genovese

Application GRANTED. The Clerk of Court is directed to terminate Doc. #136 in 18-CR-183 (JMF) and Doc. #10 in 22-CV-800 (JMF). SO ORDERED.

March 21, 2022