UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NICHOLAS J. GENOVESE,                                                   :
                                                                        :
                        Plaintiff,,                                     :
                                                                        :     22-CV-800 (JMF)
            -v-                                                         :     18-CR-183 (JMF)
                                                                        :
UNITED STATES OF AMERICA,                                               :     ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Nicholas Genovese, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255. Having reviewed the parties' submissions, the Court concludes that it may need to reach the merits of Genovese's claims. Accordingly, and because counsel was appointed solely with respect to the issues of timeliness and waiver (and, consistent with the terms of appointment, briefed only those issues), the Court grants Genovese an opportunity to respond to the Government's submission on the merits. Any such response shall be filed by **July 14, 2022**. And to be clear, any such response shall be filed by Genovese *pro se*, as the Court, having considered the factors set forth in *Hodge v. Police Officers*, 802 F.2d 58, 61-62 (2d Cir. 1985), has not, and does not, appoint counsel with respect to the merits.

      The Clerk of Court is directed to mail a copy of this Order to Genovese.

      SO ORDERED.

Dated: June 13, 2022
      New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge